**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ORIGINAL

**FILED**

STATE AUTOMOBILE MUTUAL INSURANCE
COMPANY, an Ohio corporation,

MAR 1 6 2007

CLERK    OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

      Plaintiff,

v.

Case Number: 05-74002
Honorable Victoria A. Roberts

EDGE CONSTRUCTION COMPANY, a Michigan
corporation, and SOLOMON
OBASUYI, jointly and severally,

      Defendants

---

| | |
|---|---|
| PHILLIP G. ALBER (P24802) | JOHN GRYLLS (P14450) |
| OMAR J. HARB (P51306) | JOHN GRYLLS, P.C. |
| ALBER CRAFTON, PSC | Attorney for Defendants |
| Attorneys for Plaintiff | 18430 Mack Avenue |
| 2301 W. Big Beaver, Suite 300 | Grosse Pointe Farms, MI 48236 |
| Troy, MI 48084 | (313) 885-0123 |
| (248) 822-6190 | |
| palber@albercraftom.com | |

---

**TEMPORARY RESTRAINING ORDER AND NOTICE OF HEARING ON MOTION**
**FOR PRELIMINARY INJUNCTION AND APPOINTMENT OF RECEIVER**

At a session of said Court,
held in the County of Wayne,
State of Michigan on    MAR 1 6 2006

PRESENT: _____
Honorable District Court Judge

    Plaintiff having filed its Ex-Parte Motion for Temporary Restraining Order, for

Preliminary Injunction and Appointment of Receiver; and the Court being otherwise fully

advised in the premises;

2301 West Big Beaver Road · Suite 300 · Troy, MI 48084 · Telephone: 248-822-6190 · Facsimile: 248-822-6191

ALBER CRAFTON, PLLC
ATTORNEYS AT LAW

IT IS HEREBY ORDERED that Plaintiff's Ex-Parte Motion for Temporary Restraining Order is granted.

IT IS FURTHER ORDERED that Defendants, Edge Construction Company and Solomon Obasuyi, are hereby prohibited from taking any action to dismiss, compromise, settle or abandon the lawsuit pending captioned Edge Construction Company vs. United States, U.S. Court of Claims Case No. 06-635C (the "Government Claim") until further Order of this Court.

The Court appoints George J. Bedrosian to serve as a Receiver to take control of the Government claim, pursuant to FRCP 66. Under that Rule, "the appointment of a receiver can be sought 'by anyone showing an interest in certain property or a relation to the party in control or ownership thereof such as to justify conservation of the property by a court officer.'" *Santibanez v Wier McMahon & Co.*, 105 F.3d 234, 241 (5th Cir. 1997). Plaintiff will cover all costs of the Receiver appointment.

IT IS FURTHER ORDERED that this Temporary Restraining Order is granted without notice because this Court has determined that any delay occasioned by such notice, or the fact of notice itself, could cause or allow Defendants to dismiss or take other action with respect to the Government Claim. Such potential harm is irreparable because a dismissal of the Government Claim would forever prevent Plaintiff from exercising its assignment rights and equitable subrogation rights with respect to the Government Claim.

IT IS FURTHER ORDERED that a hearing on Plaintiff's Motion for Preliminary Injunction and for Appointment of Receiver shall take place on $\underline{3|21|07}$ , 2007 at $\underline{3 \cdot 30 \rho M}$ .

2

IT IS FURTHER ORDERED that Plaintiff is not required to provide security as Defendants will not suffer costs or damages by virtue of such Temporary Restraining Order.

Dated: _3/16/07_

VICTORIA A. ROBERTS
**UNITED STATES DISTRICT COURT**

3